IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA D STEVENS,

    Plaintiff,
v.                                            CASE NO. 1:05-cv-00055-MP-AK

JO ANNE B BARNHART,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Memorandum of Law in Opposition of Commissioner's Decision.  (Doc. 12).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through August 24, 2005, to file her memorandum.

**DONE AND ORDERED** this _23rd_ day of August, 2005

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**