IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA D. STEVENS,

    Plaintiff,
v.                                                                    CASE NO. 1:05-cv-00055-MP-EMT

JO ANNE B. BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's decision to deny Plaintiff's benefits claim be affirmed and that this action be dismissed.  The Magistrate Judge filed the Report and Recommendation on Thursday, May 11, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.  Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The Commissioner's decision to deny Plaintiff's benefits claim is affirmed and this action is dismissed.  The Clerk is directed to close the file.

**DONE AND ORDERED** this   *14th* day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
